UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN J. McCARTHY, | : | |
| | : | |
| Petitioner | : | |
| vs. | : | CIVIL NO. 1:CV-15-0642 |
| | : | |
| WARDEN DAVID EBBERT, | : | (Judge Caldwell) |
| | : | |
| Respondent | : | |

*O R D E R*

And now, this 31st day of March, 2017, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

    1. The petition for writ of habeas corpus (ECF No. 1) is dismissed as moot.

    2. The Clerk of Court is directed to CLOSE this file.

    3. The Clerk of Court shall note Petitioner's present address on the docket: 28 Bonnie Brae Drive, Newtown, CT 06470.

                                                    /s/ William W. Caldwell
                                                    William W. Caldwell
                                                    United States District Judge